No. 95-1507.  IADAROLA v. NEW YORK (two judgments).  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 95-1510.  CASSITY, DBA C & B TRUCKING v. KENTUCKY TRANSPORTATION CABINET.  Sup. Ct. Ky.  Certiorari denied.

No. 95-1511.  KEMMERER ET AL. v. ICI AMERICAS, INC.  C. A. 3d Cir.  Certiorari denied.

No. 95-1513.  MARTINEZ v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 95-1515.  GERASOLO ET AL. v. ADHERENCE GROUP, INC. C. A. 3d Cir.  Certiorari denied.

No. 95-1522.  DE LOS SANTOS v. CAMBRIDGE TANKERS, INC. Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 95-1526.  SPRINGER v. CITY OF BEND.  C. A. 9th Cir. Certiorari denied.

No. 95-1527.  HANEY, BY NEXT FRIEND, GUARDIAN OF HIS PROPERTY, HANEY, ET AL. v. CITY OF CUMMING ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95-1529.  VOIGT v. SAVELL ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95-1535.  NEWTON v. BOARD TO DETERMINE FITNESS OF BAR APPLICANTS, SUPREME COURT OF GEORGIA.  Sup. Ct. Ga. Certiorari denied.

No. 95-1537.  BROBSTON v. INSULATION CORPORATION OF AMERICA.  C. A. 3d Cir.  Certiorari denied.

No. 95-1543.  CAMPBELL v. TEXAS.  Ct. App. Tex., 1st Dist. Certiorari denied.

No. 95-1551.  HINCHLIFFE ET UX. v. FEDERAL HOME LOAN MORTGAGE CORPORATION ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95-1552.  ARONSON v. BROWN, SECRETARY OF VETERANS AFFAIRS, ET AL.  C. A. Fed. Cir.  Certiorari denied.